<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-7000**

————————

AMRO SABRY ELHILALY,

                              Petitioner - Appellant,

        versus

JOHN D. ASHCROFT,

                              Respondent - Appellee.

————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-01-4148-PJM)

————————

Submitted:  October 15, 2002            Decided:  December 4, 2002

————————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————————

Affirmed as modified by unpublished per curiam opinion.

————————

Amro Sabry Elhilaly, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Amro Sabry Elhilaly appeals the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error, but modify the district court's judgment to reflect that the dismissal of the petition is without prejudice.

Accordingly, we affirm as modified on the reasoning of the district court. See Elhilaly v. Ashcroft, No. CA-01-4148-PJM (D. Md. June 6, 2002). We grant Elhilaly's application to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

2